**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Bankruptcy Case No.: 21−20061−CMB

**Anna L. Barreiro**
 Debtor(s)

Chapter: 13
Docket No.: 35 − 32, 33
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)   PLAN CONFIRMATION:*

          IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated
6/21/2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not
expressly modified by this Order remain in full force and effect. A copy of this Plan was previously
mailed to you. *Only those provisions which are checked below apply to this case:*

☑  A.     For the remainder of the Plan term, the periodic Plan payment is amended to be $1310.00
          as of 9/2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within
          seven (7) days of the date of this Order.

☐  B.     The length of the Plan is increased to a total of months. This statement of duration of the
          Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been
          achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.     Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee
          is authorized to distribute to secured and priority creditors with percentage fees. *A final plan
          conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the
          conciliation conference, a hearing will be scheduled and orally announced at the conclusion of
          the conference without any further written notice to any party. Parties are directed to monitor
          the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to
          the extent such parties desire more information regarding the outcome of the conciliation
          conference.

☐  D.     Plan confirmation is subject to the resolution of all actions to determine the avoidability,
          priority, or extent of liens; including determination of the allowed amount of secured claims
          under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority
          under *11 U.S.C. §507*, and all objections to claims.

☐  E.     The allowed claims of general unsecured creditors shall be paid from available funds on a
          pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.      shall be paid monthly payments of $ beginning with the Trustee's distribution and
          continuing for the duration of the plan term, to be applied by that creditor to it's administrative
          claim, budget payments and/or security deposit. These payments shall be at the third distribution
          level.

☑  G.     The claims of the following creditors shall govern as to amount, classification and rate of
          interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: fayette
          County TCB *Cl #8−2) at statutory rate .

☐  H.    Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE
ESTABLISHED:*

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become
final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision
of this Confirmation Order must file a written objection within that twenty−eight (28) day period.
Failure to timely object shall be deemed a waiver of all objections and an acceptance of the
provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation
order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan
contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file
motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR
3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed
and shall file objections to any disputed claims within ninety (90) days after the claims bar date or,
for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an
objection, the proof of claim will govern as to the classification and amount of the claim. Objections
filed after the ninety (90) days specified herein shall be deemed untimely.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the
priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be
filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the
priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an
amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the
amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the
claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be
underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***


**A.**       After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**       Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**       Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**       Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**       The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**       In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any **secured claim** that is secured by the subject property, unless directed otherwise by further Order of Court.


Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: August 27, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 21-20061-CMB

Anna L. Barreiro                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: dsaw                                         Page 1 of 2

Date Rcvd: Aug 27, 2021                           Form ID: 149                                Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna L. Barreiro, 4022 Pittsburgh Road, Belle Vernon, PA 15012-3917 |
| 15399947 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15329080 | + | Fayette Waste, P.O. Box 698, Morgantown, WV 26507-0698 |
| 15337047 | + | Fayette Waste, LLC, P.O. Box 1086, Uniontown PA 15401-1086 |
| 15329081 | + | Frazier Area School District, Perry Township, P.O. Box 363, Star Junction, PA 15482-0363 |
| 15329082 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15329083 | + | Municipal Authority of Westmoreland Co., P.O. Box 800, Greensburg, PA 15601-0800 |
| 15329084 | + | Perry Township Municipal Authority, P.O. Box 396, Carmichaels, PA 15320-0396 |
| 15329091 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15332223 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2021 23:21:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| 15334140 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:21:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 15329077 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:21:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15329078 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 23:22:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15333744 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 23:22:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15329079 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2021 23:21:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15353872 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 27 2021 23:21:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15329086 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2021 23:21:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15329085 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2021 23:21:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15350860 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2021 23:21:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15329087 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15329088 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0315-2                                    User: dsaw                                    Page 2 of 2
Date Rcvd: Aug 27, 2021                         Form ID: 149                           Total Noticed: 25

| | | Aug 27 2021 23:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15329089 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 27 2021 23:22:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15329090 | + Email/Text: synovusbankruptcy@synovus.com | | |
| | | Aug 27 2021 23:21:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |
| 15329092 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Aug 27 2021 23:21:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Anna L. Barreiro criegerlaw@gmail.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5