# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ANNA L. BARREIRO,

    Debtor(s)

_____

Case No: 21-20061-CMB

Chapter 13

RONDA J. WINNECOUR, TRUSTEE,

    Movant(s),

- vs. -

ANNA L. BARREIRO,

    Respondent

Concil: 7/14/2022, 9:30 (CH. 13 ZOOM)
Related doc: 39-41

_____

## DEBTOR'S DECLARATION IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

    And now comes Anna Barreiro, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and declares under penalty of perjury that:

1. Debtors' current mailing address is: 4022 Pittsburgh Road, Belle Vernon, PA 15012.

2. The Debtor had previously lost income as a result of contracting COVID. She has undergone numerous breathing treatments that have required hospitalization.

3. Debtor has returned home and is resuming plan payments.

Respectfully submitted,

   /s/ Anna L. Barreiro

Anna L. Barreiro, Debtor

Date:  June 8, 2022