## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 21-20061-CMB** |
| **ANNA L. BARREIRO** | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | |
| _____ | X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay

      as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____

☒ Amended Chapter 13 Plan dated 6/21/21

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $1,310 to $1,601 per <u>month,</u> effective 7/22; and/or the Plan term shall be changed from ___ months to ____ months.      .

☒    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or

case may thereafter be dismissed without prejudice and without further hearing or notice.

      ☐    Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:

➢    Trustee's Certificate of Default (at Doc 39) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _____ day of _____, 2022.
15th            July

United States Bankruptcy Ju

dmk

Stipulated by:                          Stipulated by:


____/s/ Christian M. Rieger_____      _/s/ Owen W. Katz_____

Counsel to Debtor                       Counsel to Chapter 13 Trust


Stipulated by:


_____

Counsel to affected creditor

FILED
7/15/22 11:45 am
CLERK
U.S. BANKRUPTCY
cc:   All Parties in Interest to be served by Clerk          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-20061-CMB

Anna L. Barreiro                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                    Page 1 of 2

Date Rcvd: Jul 15, 2022                     Form ID: pdf900                               Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna L. Barreiro, 4022 Pittsburgh Road, Belle Vernon, PA 15012-3917 |
| 15399947 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15329080 | + | Fayette Waste, P.O. Box 698, Morgantown, WV 26507-0698 |
| 15337047 | + | Fayette Waste, LLC, P.O. Box 1086, Uniontown PA 15401-1086 |
| 15329081 | + | Frazier Area School District, Perry Township, P.O. Box 363, Star Junction, PA 15482-0363 |
| 15329082 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15329083 | + | Municipal Authority of Westmoreland Co., P.O. Box 800, Greensburg, PA 15601-0800 |
| 15329084 | + | Perry Township Municipal Authority, P.O. Box 396, Carmichaels, PA 15320-0396 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 15 2022 23:31:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| 15334140 | | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2022 23:31:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 15329077 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2022 23:31:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15329078 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2022 23:34:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15333744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2022 23:34:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15329079 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 15 2022 23:31:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15353872 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 15 2022 23:31:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15329086 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2022 23:31:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15329085 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2022 23:31:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15350860 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2022 23:31:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15329087 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2022 23:34:59 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15329088 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2022 23:34:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15329089 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2022 23:34:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 15, 2022 | Form ID: pdf900 | Total Noticed: 25

| 15329090 | + Email/Text: synovusbankruptcy@synovus.com | | |
|---|---|---|---|
| | | Jul 15 2022 23:31:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |
| 15329091 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 15 2022 23:31:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15332223 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jul 15 2022 23:34:17 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15329092 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Jul 15 2022 23:31:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | |
| | on behalf of Debtor Anna L. Barreiro criegerlaw@gmail.com |
| Maria Miksich | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| William E. Craig | |
| | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5