IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>ANNA L. BARREIRO, )<br>**Debtor(s)** ) | Bankruptcy No. 21-20061-CMB |
| )<br>CREDIT ACCEPTANCE CORPORATION, )<br>**Movant** ) | Chapter 13 |
| )<br>v. ) | Related To Document No. 48 and 49 |
| )<br>ANNA L. BARREIRO )<br>  GAYLE C. MICHEL, )<br>**Respondent(s)** ) | **Response Deadline:  11/21/22** |
| )<br>RONDA J. WINNECOUR, )<br>**Trustee** ) | **Hearing Date:  12/13/22 at 11:00 AM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on November 3, 2022, I served by United States mail, first class, postage prepaid, the Notice Of Hearing, Motion For Relief From Stay And Co-Debtor Stay, and Proposed Order filed in this proceeding on:

| | | |
|---|---|---|
| Anna L. Barreiro<br>4022 Pittsburgh Road<br>Belle Vernon, PA 15012<br>(Debtor) | Gayle C. Michel<br>4022 Pittsburgh Road<br>Belle Vernon, PA 15012<br>(Co-Debtor) | Christian M. Rieger, Esq.<br>Law Office of Christian M. Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203<br>(Attorney For Debtor) |
| | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com