# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anna L. Barreiro**<br>                 **Debtor(s)**<br><br>**PNC BANK, NATIONAL ASSOCIATION**<br>                 **Movant**<br>    vs.<br><br>**Anna L. Barreiro**<br>                 **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                 **Trustee** | **BK NO. 21-20061 CMB**<br><br>**Chapter 13**<br><br>**Related to Doc No. 61** |

## CERTIFICATE OF SERVICE
## ORDER MODIFYING SECTION 362 and 1301 AUTOMATIC STAY

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 12, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anna L. Barreiro
4022 Pittsburgh Road
Belle Vernon, PA 15012

Attorney for Debtor(s)
Christian M. Rieger, Law Office of Christian M. Rieger
2403 Sidney Street, Suite 214
Pittsburgh, PA 15203

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>January 12, 2023</u>

                **/s/Brian C. Nicholas Esquire**
                Brian C. Nicholas Esquire
                Attorney I.D. 317240
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                201-549-5366
                bnicholad@kmllawgroup.com