Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Anna L. Barreiro** | : | Case No. 21−20061−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 6th of February, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*[signature]*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:          Case No. 21-20061-CMB

Anna L. Barreiro          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 06, 2023      Form ID: 309      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna L. Barreiro, 4022 Pittsburgh Road, Belle Vernon, PA 15012-3917 |
| 15399947 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15329080 | + | Fayette Waste, P.O. Box 698, Morgantown, WV 26507-0698 |
| 15337047 | + | Fayette Waste, LLC, P.O. Box 1086, Uniontown PA 15401-1086 |
| 15329081 | + | Frazier Area School District, Perry Township, P.O. Box 363, Star Junction, PA 15482-0363 |
| 15329083 | + | Municipal Authority of Westmoreland Co., P.O. Box 800, Greensburg, PA 15601-0800 |
| 15329084 | + | Perry Township Municipal Authority, P.O. Box 396, Carmichaels, PA 15320-0396 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 06 2023 23:39:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| 15334140 | | EDI: GMACFS.COM | Feb 07 2023 04:39:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 15329077 | + | EDI: GMACFS.COM | Feb 07 2023 04:39:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15329078 | + | EDI: CAPITALONE.COM | Feb 07 2023 04:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15333744 | | EDI: CAPITALONE.COM | Feb 07 2023 04:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15329079 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 06 2023 23:39:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15353872 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 06 2023 23:39:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15329082 | ^ | MEBN | Feb 06 2023 23:39:52 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15329086 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 23:39:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15329085 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 23:39:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15350860 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 23:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15329087 | + | EDI: RMSC.COM | Feb 07 2023 04:39:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15329088 | + | EDI: RMSC.COM | Feb 07 2023 04:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

| | | | | |
|---|---|---|---|---|
| 15329089 | + | EDI: RMSC.COM | Feb 07 2023 04:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15329090 | + | Email/Text: synovusbankruptcy@synovus.com | Feb 06 2023 23:40:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |
| 15329091 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 06 2023 23:40:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15332223 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2023 23:55:24 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15329092 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 06 2023 23:40:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Debtor Anna L. Barreiro criegerlaw@gmail.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6