**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ANNA L. BARREIRO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:21-20061 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/12/2021 and confirmed on 02/09/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,700.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,695.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,581.62 | |
|    Trustee Fee | 452.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,034.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 6,325.49 | 6,325.49 | 0.00 | 6,325.49 |
|     Acct: 3914 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3914 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0023 | | | | |
|   MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9000 | | | | |
|   PERRY TOWNSHIP MUNICIPAL AUTHORIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 026 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0023 | | | | |
|   CREDIT ACCEPTANCE CORP* | 1,757.90 | 1,757.90 | 577.09 | 2,334.99 |
|     Acct: 2171 | | | | |
| | | | | 8,660.48 |
| Priority | | | | |
|   CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-20061 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ANNA L. BARREIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANNA L. BARREIRO | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTIAN M RIEGER ESQ** | 3,453.00 | 2,581.62 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLY FINANCIAL** | 1,300.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6939 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 574.99 | 0.00 | 0.00 | 0.00 |
| Acct: 5226 | | | | |
| FAYETTE WASTE LLC | 104.70 | 0.00 | 0.00 | 0.00 |
| Acct: 5017 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5864 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7958 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7287 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0819 | | | | |
| GREENSKY LLC(*) | 25,267.28 | 0.00 | 0.00 | 0.00 |
| Acct: 7911 | | | | |
| TOYOTA MOTOR CREDIT CORP | 12,986.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7656 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1237 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                     8,660.48

TOTAL CLAIMED
PRIORITY            0.00
SECURED         8,083.39
UNSECURED      40.233.31

Date: 03/08/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com